## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

GUY ROPER,

                Plaintiff,

-vs-                                            Case No. 2:09-cv-744-FtM-29SPC

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY,

                Defendant.
_____

## **ORDER**

      This matter comes before the Court on Plaintiff's letter which the Court will construe as a Motion to Extend Time to Obtain Counsel (Doc. #14) filed on August 16, 2010. Plaintiff asserts that he was not notified by counsel of counsel's removal from the case as he was not licensed to practice in the Middle District of Florida. Plaintiff requests an extension of time to obtain counsel to represent him in this matter.

      The Court notes that on March 2, 2010, Attorney Kevin B. Dennis was terminated as counsel of record and Plaintiff was deemed to be proceeding *pro se.* Attorney Dennis was instructed by the Court to forward a copy of the Order (Doc. #13) to the Plaintiff and to file a certification that he had done so. Additionally, counsel was directed to provide Plaintiff's contact information to the Court. It is clear from the record that Attorney Dennis failed to file the certification and failed to file the Plaintiff's contact information as directed by the Court.

For good cause shown, the Court will allow Plaintiff, Guy Roper, an additional 30 days from the date of this Order to obtain counsel or to indicate to the Court that he wishes to continue to proceed *pro se*.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Extend Time to Obtain Counsel (Doc. #14) is **GRANTED**.

(1) The Plaintiff shall have up to and including September 16, 2010 to obtain counsel or advise the Court of his intention to continue to proceed *pro se*.

(2) The Clerk is directed to add the Plaintiff's address to the docket sheet so all further correspondence can be sent to him at 6451 Park Street, Hollywood, FL 33024.

**DONE AND ORDERED** at Fort Myers, Florida, this  17th  day of August, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

Kevin B. Dennis
Greenspoon Marder, PA
Trade Center South - Ste 700
100 W. Cypress Creek Rd
Ft. Lauderdale, FL 33309