# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

GUY ROPER,

                Plaintiff,

-vs-                              Case No. 2:09-cv-744-FtM-29SPC

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY,

                Defendant.
_____

## ORDER

This matter comes before the Court on Defendant's Motion for Enlargement of Time to Serve Expert Disclosures (Doc. #16) filed on August 23, 2010. Defendant requests an enlargement of time for Defendant to disclose its experts until 20 days after Plaintiff discloses his experts. The deadline for Plaintiff to disclose experts was August 9, 2010 and disclosure of Defendant's experts is August 23, 2010. Defendant informs the Court that there remains some question as to whether Plaintiff will be proceeding *pro se* or retaining counsel. At this time, the Plaintiff is considered by the Court to be proceeding *pro se* and must comply with all deadlines set forth in the Case Management Order. Failure to do so could result in sanctions being imposed. However, for good cause shown, the Court will grant an extension of time to the deadlines to disclose expert reports, but will not extend the deadline indefinitely as requested by Defendant.

        Accordingly, it is now

        **ORDERED:**

Defendant's Motion for Enlargement of Time to Serve Expert Disclosures (Doc. #16) is **GRANTED in part**. Plaintiff shall disclose his experts by **September 24, 2010**, and Defendant shall disclose its experts by **October 8, 2010**.

**DONE AND ORDERED** at Fort Myers, Florida, this __26th__ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record