# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

GUY ROPER,

                Plaintiff,

-vs-                                    Case No. 2:09-cv-744-FtM-29SPC

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY,

                Defendant.
_____

## ORDER

This matter comes before the Court on Plaintiff's Motion for Extension of Deadlines for Expert Reports and Completion of Discovery and Motion for Continuance of Trial Date (Doc. #19) filed on September 24, 2010. Plaintiff requests an extension of certain deadlines in this case due to the fact that new counsel has only recently been obtained. Plaintiff's former counsel did not comply with any of the scheduling deadlines set forth in this case and did not conduct discovery. Thus, for good cause shown, the Court will grant the requested extensions of the deadlines in this case.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Extension of Deadlines for Expert Reports and Completion of Discovery and Motion for Continuance of Trial Date (Doc. #19) is **GRANTED**. The deadlines in this case are amended as follows:

| **Disclosure of Expert Reports** | **Plaintiff:**<br>**Defendant:**<br>**Rebuttal:** | **DECEMBER 9, 2010**<br>**DECEMBER 23, 2010** |
|---|---|---|

| | |
|---|---|
| **Discovery Deadline** | **FEBRUARY 22, 2010** |
| **Mediation**  Deadline:  Mediator:  Address:  Telephone:  **IF NO MEDIATOR IS DESIGNATED HEREIN:**  **The parties shall file a stipulation selecting a mediator within fourteen (14) days of the date of this Order.** | **NOVEMBER 5, 2010**  Steven Koeppel  1617 Hendry St., Suite 205  Fort Myers, FL 33901  239/337-4343 |
| **Dispositive Motions, *Daubert*, and *Markman* Motions** | **MARCH 30, 2010** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **MAY 30, 2011** |
| **Joint Final Pretrial Statement (*Including* a Single Set of      Jointly Proposed Jury Instructions and Verdict Form,      Voir Dire Questions, Witnesses Lists,      Exhibit Lists on Approved Form** | **JUNE 13, 2011** |
| **All Other Motions Including Motions *In Limine*, Trial Briefs** | **JUNE 13, 2011** |
| **Final Pretrial Conference**  Date:  Time:  Judge: | **JUNE 27, 2011**  9:00 A.M.  John E. Steele |
| **Trial Term Begins**      **[Trials Before Magistrate Judges Begin on Date Certain]** | **JULY 5, 2011** |
| **Estimated Length of Trial** | **3-5 days** |

All other deadlines remain unchanged.

      **DONE AND ORDERED** at Fort Myers, Florida, this ___28th___ day of September, 2010.



SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record