**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GUY ROPER,

                Plaintiff,

-vs-                                          Case No. 2:09-cv-744-FtM-29SPC

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY,

                Defendant.
_____

**ORDER**

This matter comes before the Court *sua sponte*. On August 17, 2010, the Court entered an Order allowing the Plaintiff additional time to secure Counsel. Until such time, the Clerk was directed to forward all correspondence and pleadings to the Plaintiff at a residential address. Nicholas J. Reising, Jr., Esq., Loughren & Doyle, PA 506 SE 8th Street, Fort Lauderdale, FL 33316, has now filed a Notice of Appearance. Therefore, mailings to the Plaintiff's private address are no longer necessary. Accordingly, it is now

**ORDERED:**

The Clerk is directed to discontinue mailing paper copies to the Plaintiff. All further correspondence and pleadings shall be forwarded to Counsel of record for Plaintiff.

**DONE and ORDERED** at Fort Myers, Florida, this   30th   day of September, 2010.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record